IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PATRICK WASHINGTON**            **PLAINTIFF**

v.          Case No. 3:22-cv-00231 KGB

**TYLER STANDEFER, individually
and in his official capacity and JERRY
HAMILTON, individually and in his official
capacity**          **DEFENDANTS**

## ORDER

Before the Court is Amanda LaFever's motion for withdrawal as counsel for defendants Tyler Standefer and Jerry Hamilton (Dkt. No. 8). Ms. LaFever states that Gabrielle Gibson, an attorney with the Arkansas Municipal League, has entered an appearance in this matter and will serve as lead and only counsel for defendants moving forward (*Id.*, ¶ 2). For good cause shown, the Court grants the motion. The Court directs the Clerk of Court to terminate Ms. LaFever as counsel of record for defendants.

It is so ordered this 4th day of January, 2023.

Kristine G. Baker
United States District Judge