# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**PATRICK WASHINGTON**                                                              **PLAINTIFF**

**vs.**                                    **CASE NO: 3:22CV-00231**

**TYLER STANDEFER, and**
**JERRY HAMILTON, in their Individual**
**And Official Capacities**                                        **DEFENDANTS**

## PLAINTIFF'S MOTION TO STAY &/OR EXTEND ALL DEADLINES, MOVE TO WITHDRAW AS COUNSEL, OR, IN THE ALTERNATIVE MOTION TO NON-SUIT TO PREVENT PREJUDICE TO PLAINTIFF

**COMES NOW** the Plaintiff, **PATRICK WASHINGTON**, by and through counsel, **SUTTER & GILLHAM, P.L.L.C.,** and for this Motion, herein states:

1.    There is currently a standing Amended Final Scheduling Order dated 02/22/2023.

2.    Undersigned requests that an Order be granted staying this matter, extending all deadlines, allow undersigned to withdraw or, in the alternative non-suit matter so as not to prejudice Plaintiff.

3.    At the present, undersigned has tried diligently to make contact with Client/Plaintiff, Washington, to no avail.  Contact has been attempted by way of phone calls, text messages, voice mail messages, emails, regular mail sent 1st class US mail to all addresses known to undersigned for the past forty-five (45) days; again, to no avail.

4.    Accordingly, undersigned respectfully requests this Court stay this matter, extend all deadlines, allow undersigned to withdraw as counsel or, in the alternative, allow this matter to be non-suited in order to prevent any prejudice to the Plaintiff.

5.  This motion is not being made for purposes of delay or harassment.

**WHEREFORE**, Undersigned moves for an Order as set out hereinabove; and, for all other proper relief.

<div style="margin-left: 50%">

Respectfully submitted,

Luther Oneal Sutter
Ark. Bar # 95031
Attorney for Plaintiff
**SUTTER & GILLHAM P.L.L.C.**
1501 N. Pierce, Ste. 105
Little Rock, AR  72207
(501) 315-1910 – Phone
luther.sutterlaw@gmail.com

</div>

and

<div style="margin-left: 50%">

Lucien Gillham
Ark Bar # 99199
Attorney for Plaintiff
**SUTTER & GILLHAM P.L.L.C.**
1501 N. Pierce, Ste. 105
Little Rock, AR  72207
(501) 315-1910 – Phone
lucien.gillham@gmail.com

</div>

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served on this, the 10th day of November, 2023, via NEF/AOC, email and/or US regular mail, upon all counsel for the Defendants:

Sarah Cowan, Bar No. 2013182
PO Box 38, NLR, AR 72115
scowan@arml.org

<div style="margin-left: 45%">

By:    */s/ Luther Sutter*
Luther Sutter, Esq. ARBN 95031
Luther.sutterlaw@gmail.com

</div>