IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PATRICK WASHINGTON**                                                                 **PLAINTIFF**

v.                                   No. 3:22-cv-231-DPM

**TYLER STANDEFER, Individually
and in his official capacity and
JERRY HAMILTON, Individually
and in his official capacity**                                                         **DEFENDANTS**

## ORDER

Defendants have notified the Court informally that they don't oppose the motion, *Doc. 24*. It's granted for good cause. The Court will dismiss the complaint without prejudice for failure to prosecute. Fed. R. Civ. P. 41(b); *Janousek v. French*, 287 F.2d 616, 620-21 (8th Cir. 1961).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 November 2023