# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**PATRICK WASHINGTON**                                                                              **PLAINTIFF**

v.                              No. 3:22-cv-231-DPM

**TYLER STANDEFER, Individually**
**and in his official capacity and**
**JERRY HAMILTON, Individually**
**and in his official capacity**                                            **DEFENDANTS**

## JUDGMENT

Washington's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 November 2023